Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.    Docket No. 17CR450-01 (KPF)

Walter C Little

On December 11, 2019, the above named was placed on Supervised Release for a period of 36 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Walter C Little be discharged from Supervised Release.

Respectfully submitted,

by  *Robert Terry-Brooks*

Robert Terry-Brooks
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the releasee is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this   12th   day of   April   , 20  22  .

*Katherine Polk Failla*

Honorable Katherine Polk Failla
U.S. District Judge